■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN WEEKS, Appellant.—Judgment of the Supreme Court, Westchester County, rendered March 8, 1978, affirmed (see *Matter of Escobar v Roberts,* 29 NY2d 594, mot to amend remittitur granted 29 NY2d 709, cert den 404 US 1047). Hopkins, J. P., Damiani, Gulotta and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND NEHRU ALI, Appellant, v H. T. SPERBECK, as Acting Deputy Superintendent of the Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated November 3, 1976, which dismissed the proceeding. Appeal dismissed, without costs or disbursements. The petitioner's liberty is no longer being restrained in view of his release on parole. Accordingly, he is not entitled to a writ of habeas corpus (see CPLR 7002, subd [a]; *People ex rel. Yacobellis v McKendrick,* 28 NY2d 808; *People ex rel. Wilder v Markley,* 26 NY2d 648; *People ex rel. Butts v McMann,* 24 NY2d 772; *People ex rel. Jones v Ternullo,* 52 AD2d 631; *People ex rel. Christian v Vincent,* 49 AD2d 914). Hopkins, J. P., Damiani, Gulotta and Hawkins, JJ., concur.